**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1960**

_____

TAMIKA D. PLESS, Agent and Durable Power of Attorney,

        Plaintiff - Appellant,

     v.

STATE EMPLOYEES' CREDIT UNION (SECU); ML PROPERTY GROUP; GEORGETOWNE WOODS APARTMENTS HOLDINGS #1 LLC; GASTON HOUSING AUTHORITY; NES WATER COMPANY; ENBRIDGE GAS NORTH CAROLINA,

        Defendant - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Kenneth D. Bell, District Judge.  (3:25-cv-00528-KDB-SCR)

_____

Submitted:  December 18, 2025             Decided:  December 22, 2025

_____

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Tamika D. Pless, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tamika D. Pless appeals the district court's order dismissing her 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we deny Pless's motions for a decision on the record and for default judgment, and affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*